IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY P. BRZEZINSKI and
ANTHONY P. BRZEZINSKI
REVOCABLE TRUST,                                    JUDGMENT IN A CIVIL CASE

    Plaintiffs,                                    Case No.  17-cv-360-slc

  v.

JACKSON NATIONAL LIFE
INSURANCE COMPANY,

    Defendant.

    This action came before the court for consideration with Magistrate Judge Stephen L. Crocker presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Jackson National Life Insurance Company against plaintiffs Anthony P. Brzezinski and Anthony P. Brzezinski Revocable Trust granting defendant's motion for summary judgment and dismissing this case.

| | |
|---|---|
| s/ K. Frederickson, Deputy Clerk | May 30, 2018 |
| Peter Oppeneer, Clerk of Court | Date |